Prob 12
(Rev. 3/88)

**FILED**
2010 APR -6 PM 3: 06
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Devon Fitzpatrick Levy                             Docket No. 01-00080-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Devon Fitzpatrick Levy, who was placed on supervision by the Honorable Donald E. Ziegler, sitting in the Court at Pittsburgh, Pennsylvania, on the 19th day of October 2001, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a special assessment fee of $100.
- Shall participate in a program of testing and, if necessary, treatment for drug and/or alcohol abuse, as directed by the Probation Office.
- Shall forfeit $8,998 in U.S. currency and a 2001 BMW Sports Utility Vehicle.
- Shall be deported if applicable and remain outside the United States.

| | |
|---|---|
| 10-19-01: | Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 5 Kilograms of Cocaine; 60 months' imprisonment, followed by 60 months' supervised release. |
| 08-23-05: | Released to an immigration detainer; Currently supervised by Probation Services Assistant Leah M. Hawk. |
| 10-19-05: | Deported to Jamaica. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has violated the following conditions of his supervised release.

**The defendant shall not possess a firearm or destructive device.**

**While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.**

On March 31, 2010, after a traffic stop was initiated, Churchill Borough, Pennsylvania, Police Department encountered the defendant who falsely identified himself as Jeremy Wiggins. Officers asked him to exit the vehicle, and a pat-down search was conducted. The search revealed a loaded Hi-Point .380 caliber semi-automatic hand gun bearing Serial No. P900672. The defendant has been charged with the following criminal offenses: Carrying a Firearm Without a License; Receiving Stolen Property; False Identification to Law Enforcement Authorities; Prohibited Acts; and Traffic Control Signals-Steady Red Indications.

**The defendant shall be deported if applicable and remain outside the United States.**

The defendant was deported on October 19, 2005. There is no record on when the defendant reentered the United States.

U.S.A. vs. Devon Fitzpatrick Levy
Docket No. 01-00080-001
Page 2

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the defendant's arrest and that the warrant be lodged as a detainer at the Allegheny County, Pennsylvania, Jail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 5, 2010

ORDER OF COURT

Considered and ordered this 7th day of April, 2010 and ordered filed and made a part of the records in the above case.

United States District Judge

Leah M. Hawk
Probation Services Assistant

Mike DiBiasi
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania